Case 2:12-cv-06567-GHK-FFM   Document 29   Filed 07/18/13   Page 1 of 4   Page ID #:97

| | |
|---|---|
| Brent H. Blakely (SBN 157292)<br>bblakely@blakelylawgroup.com<br>Cindy Chan (SBN 247495)<br>cchan@blakelylawgroup.com<br>BLAKELY LAW GROUP<br>915 North Citrus Avenue<br>Hollywood, California 90038<br>Telephone: (323) 464-7400<br>Facsimile: (323) 464-7410<br><br>*Attorneys for Plaintiff*<br>*Chrome Hearts, LLC* | **NOTE CHANGES MADE BY THE COURT.**<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>JUL 18 2013<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY<br><br>___ Priority<br>___ Send<br>___ Clsd<br>___ Enter<br>✓ JS-5/JS-6<br>___ JS-2/JS-3 |



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHROME HEARTS, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SHARP FACTOR INTERNATIONAL, INC., a California Corporation; CHENGLONG XU, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | ) CASE NO. CV 12-6567 GHK (FFMx)<br>)<br>) [~~PROPOSED~~] CONSENT<br>) JUDGMENT INCLUDING<br>) PERMANENT INJUNCTION AND<br>) VOLUNTARY DISMISSAL OF<br>) ACTION WITH PREJUDICE<br>)<br>)<br>)<br>)<br>) Hon. George H. King<br>) |

WHEREAS Plaintiffs ~~Coach, Inc. and Coach Services, Inc. ("Coach")~~ *Chrome Hearts, LLC* and Defendants Sharp Factor International, Inc. and Chenglong Xu have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter. Defendants, having agreed to consent to the below terms, it is hereby **ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

1.　This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2.　Chrome Hearts is the owner of the word/mark "Chrome Hearts" and various composite trademarks comprising the Chrome Hearts mark and assorted design components (hereinafter collectively the "Chrome Hearts Marks"). Amongst the Chrome Hearts Marks, the CH Plus Mark and the CH Cross Mark (depicted below) are

1

[PROPOSED] CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL

1 the most well recognized and serve as instant source identifiers for Chrome Hearts'
2 products.

 

**CH Plus Mark**　　　　　　　　　　　**CH Cross Mark**

Chrome Hearts owns several trademark registrations for both the CH Plus Mark and CH Cross Mark for various goods and services, including *but not limited to* U.S. Reg. Nos. 3,731,400 (for CH Plus Mark on eyewear) and 3,731,397 (for CH Cross Mark on eyewear).

3. In addition to owning numerous trademark registrations to the Chrome Hearts Marks, Plaintiff also owns several copyright registrations thereto, including the following: CH Cross Mark (U.S. Copyright Reg. No. VA 705-193) and the CH Plus Mark ("Cross # 4" of Reg. No. VA 705-233) (hereinafter collectively "Copyrighted Works")

4. Plaintiff has alleged that Defendants, with one product or more, have violated Plaintiff's rights in and to one or more of its trademarks and/or copyrighted works (collectively "Disputed Products"), and that said alleged infringing activities constitute trademark infringement, trademark dilution, copyright infringement and unfair competition under federal and state law.

5. Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from infringing upon Plaintiff's trademarks either directly or contributorily in any manner, including:

(a) Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping or marketing Disputed Products and/or any other products bearing a mark or

1  feature identical and/or confusingly similar to Plaintiff's Chrome Hearts' trademarks
2  and/or copyrighted works;
3      (b)  Delivering, holding for sale, returning, transferring or otherwise
4  moving, storing or disposing in any manner the Disputed Products except as otherwise
5  permitted by the parties Settlement Agreement;
6      (c)  Using the Chrome Hearts Marks and/or Copyrighted Works or any
7  reproduction, counterfeit, copy or colorable imitation thereof in connection with the
8  manufacture, importation, distribution, advertisement, offer for sale and/or sale of
9  merchandise comprising not the genuine products of Plaintiff, or in any manner likely
10 to cause others to believe that Defendants' products are connected with Plaintiff or
11 Plaintiff's genuine merchandise; *if they are not;*
12     (d)  Committing any other acts calculated to cause purchasers to believe
13 that Defendants' products are Plaintiff's genuine merchandise or associated with
14 Plaintiff in any way; *if they are not;*
15     (e)  Assisting, aiding or attempting to assist or aid any other person or
16 entity in performing any of the prohibited activities referred to in Paragraphs 5(a) to
17 5(d) above.
18   6.  Plaintiff and Defendants shall bear their own costs and attorneys' fees
19 associated with this action.
20   7.  The execution of this Consent Judgment shall serve to bind and obligate
21 the parties hereto.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

8. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof. Except as otherwise provided herein, this action is fully resolved with prejudice *and dismissed*

**IT IS SO ORDERED.**

DATED: 7/18, 2013

_____
Hon. George H. King
**United States District Judge**

4
**[Proposed] Consent Judgment Including a Permanent Injunction and Voluntary Dismissal**